# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **EX REL. CARL C. CHESHIRE** | **CIVIL ACTION NO. 16-0254** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **AIR METHODS CORP.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon Defendant by the relator;

2. This Order and the Government's Notice of Election to Decline Intervention be served upon Defendant by the relator only after service of the complaint;

3. The seal be lifted as to all matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting

its approval.

MONROE, LOUISIANA, this 18th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE