UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL. CARL C. CHESHIRE | * | CIVIL ACTION NO. 16-0254 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| AIR METHODS CORP. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the instant *qui tam* suit is hereby DISMISSED WITH PREJUDICE as to the relator, but WITHOUT PREJUDICE as to the United States.

MONROE, LOUISIANA, this 14th day of November, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE